IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STEVE BERRYHILL,                )
                                )
            Plaintiff,           )
                                )
    v.                          )   No.  11 C 5348
                                )
GEORGIA PACIFIC,                )
                                )
            Defendant.           )

MEMORANDUM ORDER

On August 26, 2011 this Court issued a memorandum order ("Order") that dismissed the pro se employment discrimination action brought by Steve Berryhill ("Berryhill") against Georgia Pacific--as Order at 1-2 stated:

> What has now developed is that Berryhill has dropped out of sight for all practical purposes. Mail directed to the street address listed in his Complaint is returned unclaimed, and efforts to reach him at the telephone number he has listed are always met with the following recorded message:
>
> > The person you have called is unavailable right now. Please try again later.

Berryhill has now reappeared, having transmitted a handprinted letter and some accompanying documents to the Clerk's Office. It turns out that the mailing to him of the original scheduling order in this case had been directed to the wrong Chicago address: 636 East 138th Street rather than 636 East 133rd Street.[1]

---

[1] Although Berryhill provides no explanation for the difficulty in reaching him by telephone, that is irrelevant in light of his emergence.

Accordingly this Court vacates the dismissal of the action, and its restoration retains the original filing date as contemplated in the Order. Service of process should go forward as to defendant Georgia Pacific, and the next status date is set for 9 a.m. December 12, 2011.

_____
Milton I. Shadur
Senior United States District Judge

Date:  October 14, 2011